IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONCORD HOSPITALITY, INC., *et al.*, | ) ) ) | 4:13CV3048 |
| Plaintiffs, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| FIRST FRANCHISE CAPITAL CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that the parties' joint stipulation (filing 34), treated as a motion, is granted as follows:

Defendant's deadline to respond to Plaintiffs' motion for summary judgment (filing 26) is extended to November 1, 2013.

October 18, 2013.          BY THE COURT:

                                          s/ Richard G. Kopf
                                          Senior United States District Judge