IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONCORD HOSPITALITY, INC., and CONCORD B QUE CORP., | ) ) ) | 4:13CV3048 |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| FIRST FRANCHISE CAPITAL CORPORATION, | ) ) ) | |
| Defendant. | ) | |

    IT IS ORDERED that Filing No. 36, Plaintiffs' motion to seal evidence related to their motion for summary judgment, is granted in as follows:

    1.    The clerk of the court shall seal Filing No. 27 in accordance with NECivR 5.3(c).

    2.    Plaintiffs shall have 10 days from today's date to file redacted copies of the aforesaid evidentiary filings, in accordance with NECivR 5.3(a) and (b). Absent compliance with this order, the filings may be unsealed by the court.

October 24, 2013.        BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          Senior United States District Judge