IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONCORD HOSPITALITY, INC., *et al.*, | ) ) ) | 4:13CV3048 |
| Plaintiffs, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| FIRST FRANCHISE CAPITAL CORPORATION, | ) ) ) | |
| Defendant. | ) ) ) | |

IT IS ORDERED that:

1.  The parties' joint stipulation (filing 46), treated as a motion, is granted as follows:

    A.  Plaintiffs' reply regarding their motion for summary judgment (filing 26) is extended to December 11, 2013;

    B.  Plaintiffs' response to Defendant's motion for summary judgment (filing 39) is extended to December 11, 2013; and

    C.  Plaintiffs' response to Defendant's motion to defer (filing 43) is extended to December 11, 2013.

2.  This matter is referred to Magistrate Judge Cheryl R. Zwart for revision of the progression schedule (filing 18), including the setting of new dates for the final pretrial conference and the commencement of trial.

November 18, 2013.                    BY THE COURT:

                                      s/ Richard G. Kopf
                                      Senior United States District Judge