IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONCORD HOSPITALITY, INC., *et al.*, | ) ) ) | 4:13CV3048 |
| Plaintiffs, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| FIRST FRANCHISE CAPITAL CORPORATION, | ) ) ) | |
| Defendant. | ) ) ) | |

IT IS ORDERED that the parties' joint stipulation (filing 51), treated as a motion, is granted as follows:

Defendant's reply date regarding its motion to defer (filing 43) is extended to January 3, 2014.

January 2, 2014.                              BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              Senior United States District Judge