IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONCORD HOSPITALITY, INC., | ) | 4:13CV3048 |
| a Nebraska Corporation, and | ) | |
| CONCORD B QUE CORP., | ) | |
| a Kansas Corporation, | ) | |
| | ) | JUDGMENT |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST FRANCHISE CAPITAL | ) | |
| CORPORATION, an Indiana | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' joint stipulation (filing 60) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to pay their own costs.

DATED this 26th day of February, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge